1  KEVIN V. RYAN (CASB 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5
       450 Golden Gate Avenue (11th Floor)
6      San Francisco, California 94102
       Telephone: (415)-436-7168
7
8  Attorneys for Plaintiff

FILED

06 JUN -5 PM 12: 01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No: CR 06-0266 CRB |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND [~~PROPOSED~~] ORDER FOR STAY OF RELEASE ORDER |
| v. | ) | |
| THOMAS FITZGERALD McKENZIE, | ) | San Francisco Venue |
| Defendant. | ) | |

The United States hereby moves this Court to stay the release order in this matter until a hearing before Judge Charles R. Breyer on June 7, 2006. The government seeks to revoke the release order of Thomas Fitzgerald McKenzie issued by this Magistrate Judge James on June 2, 2006. The government moved for detention and asked the Court for the three day continuance guaranteed under 18 U.S.C. §3142. The defendant's[1] detention hearing was held June 2 wherein the defendant was ordered released on conditions set by the magistrate. Then government gave notice of its intent to appeal to the district court, and the magistrate judge ordered a stay of its order until June 5, 2006 at noon, so that an appeal before Judge Breyer could be obtained of the

---

[1] The defendant was represented by Douglas Rapparort, who told the Court that the defendant would be represented further by Richard Mazer.

UNITED STATES' OPP. re: BAIL
CR 06-0266 CRB

1  release order.

2  The defendant is a serious risk of flight and a danger to the community, and should be
3  detained. This is a serious case wherein the defendant distributed and possessed with the intent
4  to distribute more than 50 kilograms of cocaine. The defendant has previously been convicted of
5  a felony narcotic offenses. The defendant now faces a ten year minimum mandatory and life
6  maximum term of imprisonment. The defendant was a knowing fugitive from federal
7  jurisdiction since December 5, 2005 until his arrest in May, 2006.

8  .

9  DATED: June 5, 2006

Respectfully submitted,
KEVIN V. RYAN
United States Attorney

C. DAVID HALL
Assistant United States Attorney

IT IS ORDERED that hearing on government's motion to stay defendant's release is granted until further order of the Court..

CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

MOTION TO REVOKE RELEASE ORDER    2