UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS MCKENZIE, et al.,<br><br>　　　　Defendants. | NO. CR 06-0266-CRB<br><br>[PROPOSED] ORDER |

　　　　Good cause appearing and with the consent of Court it is hereby ordered that the Declaration of Richard B. Mazer in Support of Reconsideration of Defendant's Detention Order be filed under seal.

Date: May 25, 2007

United States District Judge
Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer